# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENNETH L. MARTIN, JR.,

    Plaintiff(s),

v.

MICHELLE LEAVITT, et al.,

    Defendant(s).

Case No.: 2:20-cv-00369-RFB-NJK

**ORDER**

Plaintiff is proceeding in this action *pro se*, and submitted a complaint in an effort to initiate this case. Docket No. 1. Plaintiff has not, however, submitted the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. In order to proceed with his case, Plaintiff must either pay the filing fee or submit the affidavit required by § 1915 showing an inability to prepay fees and costs or give security for them.

Accordingly, **IT IS ORDERED:**

1. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file an Application to Proceed *in Forma Pauperis*.

2. The Clerk of the Court shall send Plaintiff a blank application form for prisoners.

1

3. Plaintiff must comply with this order no later than March 16, 2020. Failure to comply will result in a recommendation to the District Judge that this case be dismissed for failure to comply with this order.

IT IS SO ORDERED.

Dated: February 24, 2020

                                                                                        _____
Nancy J. Koppe
United States Magistrate Judge